# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2025-1027
LT Case No. 2021-CF-003635-A

———————————————————

GIOVANNI JIRAH JOHNSON,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

———————————————————

On appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

W. Charles Flectcher, of Law Offices of W. Charles Fletcher,
Jacksonville, for Appellant.

James Uthmeier, Attorney General, and Amanda A. Uwaibi,
Assistant Attorney General, Tallahassee, for Appellee.

July 9, 2026

PER CURIAM.

 AFFIRMED.

JAY, C.J., and LAMBERT and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____